

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00354-CV

Luz **CHAVEZ**, Individually, as Representative of the Estates of Rudolph Chavez Sr., Deceased, and Rudolph Chavez Jr., Deceased, and as Next Friend of Joel Chavez, a Minor; Darlene Chavez; Allen Chavez; Francisco Chavez; and Celia Chavez,
Appellants

v.

**KANSAS CITY SOUTHERN RAILWAY COMPANY** and Jose Juarez,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2007-CVE-000347-D4
Honorable Oscar J. Hale Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

It is ordered that appellees Kansas City Southern Railway Company and Jose Juarez recover their costs of this appeal from appellants Luz Chavez, Individually, as Representative of the Estates of Rudolph Chavez Sr., Deceased, and Rudolph Chavez Jr., Deceased, and as Next Friend of Joel Chavez, a Minor; Darlene Chavez; Allen Chavez; Francisco Chavez; and Celia Chavez.

SIGNED June 17, 2015.

_____
Marialyn Barnard, Justice